**HAWKINS v. STATE OF NORTH CAROLINA**

[342 N.C. 188 (1995)]

JOHN HAWKINS v. STATE OF NORTH CAROLINA; N.C. DEPARTMENT OF HUMAN RESOURCES; WESTERN CAROLINA CENTER; J. IVERSON RIDDLE, BOTH INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS DIRECTOR OF WESTERN CAROLINA CENTER; PHILLIP J. KIRK, JR., INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES; EARLINE BOYD BROWN, INDIVIDUALLY AND IN HER REPRESENTATIVE CAPACITY, RHONDA BENGE, INDIVIDUALLY AND IN HER REPRESENTATIVE CAPACITY, SUZANNE WILLIAMS, INDIVIDUALLY AND IN HER CAPACITY, VICKI CASH, INDIVIDUALLY AND IN HER CAPACITY, AND RALPH KEATON, INDIVIDUALLY AND IN HIS CAPACITY

No. 99PA95

(Filed 3 November 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 117 N.C. App. 615, 453 S.E.2d 233 (1995), affirming in part, reversing in part, and remanding the order entered 30 November 1991 by Beal, J., in Superior Court, Burke County. Heard in the Supreme Court 13 October 1995.

*C. Gary Triggs, P.A., by C. Gary Triggs, for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by Victoria L. Voight, Assistant Attorney General, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.